## JOHNSON OIL REFINING COMPANY *v.* INDIAN REFINING COMPANY.

[No. 14,170. Filed January 8, 1932. Rehearing denied May 19, 1932.]

*Beasley, Aikman, O'Brien & Beasley,* for appellant.
*Cooper, Royse, Gambill & Crawford, Stimson, Stimson & Davis* and *Frank S. Rawley,* for appellee.

LOCKYEAR, J.—Affirmed, on the authority of *Johnson Oil Refining Co.* v. *Indian Refining Co.* (1932), *ante* 416, 179 N. E. 182.

Bridwell, C. J., not participating.